AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

United States of America
v.
Ryan Williams

*Defendant*

Case No. 4:26-CR-40017 -2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ryan Williams

who is accused of an offense or violation based on the following document filed with the court:

- ☑ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| Conspiracy to Commit Wire Fraud | 18 U.S.C. §§ 1343 and 1349 |
| Wire Fraud | 18 U.S.C. § 1343 |

Date: 02/05/2026

*Matthew Thelen*
*Issuing officer's signature*

City and state: Sioux Falls, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 03/26/26, and the person was arrested on *(date)* 03/30/26
at *(city and state)* Franklin, IN.

Date: 03/30/26

*Arresting officer's signature*

Jeremy Michaels
*Printed name and title*

emailed USMS
JP