UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:26-mj-00285-TAB |
| | ) | |
| RYAN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE**

Comes now, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana for the Southern District of Indiana, by Brendan J. Sullivan, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By: */s/ Brendan J. Sullivan*
Brendan J. Sullivan
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, a copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Brendan J. Sullivan*

Brendan J. Sullivan
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, IN 46204
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: Brendan.Sullivan@usdoj.gov